UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. MAJOR,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No. 1:21-cv-00707-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 7) |

Plaintiff Matthew B. Major is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 3, 2021, the assigned magistrate judge issued an order directing plaintiff to pay the filing fee for this action or to submit an application to proceed *in forma pauperis*. (Doc. No. 3.) Plaintiff failed to pay the filing fee, submit an application, or otherwise respond to the judge's order. Therefore, on July 1, 2021, the magistrate judge issued an order to show cause why this action should not be dismissed for failure to comply with a court order. (Doc. No. 5.) The judge cautioned plaintiff that "[f]ailure to comply with this order w[ould] result in a recommendation that this action be dismissed." (*Id.* at 2.) Plaintiff failed to respond to the order to show cause.

Accordingly, on August 12, 2021, the magistrate judge issued findings and recommendations, recommending that this action be dismissed for plaintiff's failure to pay the

filing fee and to obey court orders. (Doc. No. 7.) The findings and recommendations were served on plaintiff and provided him 14 days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed any objections, and the time do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 12, 2021 (Doc. No. 7) are adopted in full;
2. This action is dismissed for plaintiff's failure to obey court orders and failure to pay the filing fee for this action; and,
3. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated: **September 17, 2021**

UNITED STATES DISTRICT JUDGE